

2000 APR 26  A 10: 24

LORETTA G. WHYTE

MINUTE ENTRY
LEMELLE, J.
April 26, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

The following cases were called this day to show cause why they should not be DISMISSED. After hearing, **IT IS ORDERED** that said cases be disposed as indicated below:

**99-3150**  **Cargill Ferrous International vs. MV DON AKAKI, etc., et al.**
No return of service or answer as to Richmond Shipping Co., Ltd.  No answer or default as to defendant, Cypress Maritime Co., Ltd.
**ORDERED:  PASSED FOR 4 WEEKS - MAY 24, 2000 AT 9:00 A.M.**

**99-3426**  **Fergusson Wild & Co., Ltd. vs. Gulf Coast Dockside, Inc., et al.**
No answer or default as to third-party defendant, Gulf Coast Logistics, Inc.
**ORDERED:  DOCKET SATISFIED.**

**99-3523**  **Michael D. Woodson vs. Odell Scales, et al.**
No return of service or answer as to defendant, Odell Scales.
**ORDERED:   PLAINTIFF'S CLAIMS AND DEMANDS MADE AGAINST DEFENDANT, ODELL SCALES, ARE DISMISSED WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PROSECUTE.**

**99-3672**  **McKesson Corporation vs. Forshag's Drug Store, Inc.**
No answer or default as to defendant, Forshag's Drug Store, Inc.
**ORDERED:  DOCKET SATISFIED.**

**00-0093**  **Perry E. Futch vs. St. Helena Parish Sheriff's Department, et al.**
No return of service or answer as to all defendants.
**ORDERED:  DOCKET SATISFIED.**

DATE OF ENTRY
APR 2 6 2000

Fee___
Process___
X Dktd___
CtRmDep___
Doc.No.___6___

00-0119    John Ruffin vs. Victor Wahill, et al.
           No answer or default as to defendant, National Union Fire & Casualty Ins. Co.
           ORDERED:   DOCKET SATISFIED.

00-0235    Lowe, Stein, Hoffman, Allweiss & Hauver, L.L.P. vs. Inntraport International Corporation, et al.
           No return of service or answer as to defendant, Intelnet International, Inc. No answer or default as to defendant, Inntraport International Corporation.
           ORDERED:   PASSED FOR 4 WEEKS - MAY 24, 2000 AT 9:00 A.M.

00-0318    Curt Dufrene, et al. vs. Chevron USA, Inc.
           No answer or default as to defendant, Chevron USA, Inc.
           ORDERED:   DOCKET SATISFIED.

00-0381    Vial, Hamilton, Koch & Knox, L.L.P. vs. Transit Management of Southeast Louisiana, Inc.
           No answer or default as to defendant, Transit Management of Southeast Louisiana.
           ORDERED:   DOCKET SATISFIED.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE