

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CURT DUFRENE AND<br>RAYMOND JACOMINE, JR.<br><br>VERSUS<br><br>CHEVRON U.S.A., INC. | CIVIL ACTION NO: 00-0318<br><br>SECTION: "B", MAG. (1) |

## EXPARTE MOTION TO EXTEND CUTOFF

NOW INTO COURT, through undersigned counsel, comes defendant, Chevron, Inc., who moves this Court for an Order to extend the cutoff for exchange of defendant's expert reports in this matter for the reasons more fully set forth in the attached memorandum. Defendant represents to this Court that plaintiffs' counsel has no objection to the extension of the cutoff for exchange of defendant's expert reports and, further, that the trial of this matter will not be delayed as a result of the extension.

Respectfully submitted,

ADAMS AND JOHNSTON

_____
BRUCE R. HOEFER., JR. (6889)
ANNE DERBES KELLER (20584)
601 Poydras Street, Suite 2490
New Orleans, LA 70130
(504) 581-2606
Counsel for Chevron, Inc.

CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___ day of _____ 20___, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

DATE OF ENTRY

JUL 1 4 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CURT DUFRENE AND<br>RAYMOND JACOMINE, JR.<br><br>VERSUS<br><br>CHEVRON U.S.A., INC. | CIVIL ACTION NO: 00-0318<br><br>SECTION: "B", MAG. (1) |

### MEMORANDUM IN SUPPORT OF
### EXPARTE MOTION TO EXTEND CUTOFF

MAY IT PLEASE THE COURT:

Pursuant to this Court's Minute Entry, July 14, 2000, was established as the cutoff for the exchange of defendant's expert reports. Defendant, Chevron, Inc., with the agreement of plaintiffs, Curt Dufrene and Raymond Jacomine, Jr., now moves this court to extend this cutoff to allow the parties to pursue mediation prior to defendant incurring additional fees and expenses in connection with the retention of experts.

The parties to this litigation anticipate scheduling a mediation within the next 30 days. A successful mediation would negate the necessity of the retention of additional experts in this matter. Therefore, defendant, Chevron, Inc., respectfully requests that the July 14, 2000 cutoff for the exchange of defendant's expert reports, be extended to allow the parties to pursue mediation before incurring additional fees and expenses.

Counsel for plaintiffs has been contacted and has no objection to the request for this extension of the cutoff for the exchange of defendant's expert reports. Further, undersigned counsel submits that the extension of this cutoff will not effect the trial date.

Respectfully submitted,

ADAMS AND JOHNSTON

_____
BRUCE R. HOEFER, JR. (6889)
ANNE DERBES KELLER (20584)
601 Poydras Street, Suite 2490
New Orleans, LA 70130
(504) 581-2606
Counsel for Chevron, Inc.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this _____ Day of July, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CURT DUFRENE AND<br>RAYMOND JACOMINE, JR.<br><br>VERSUS<br><br>CHEVRON U.S.A., INC. | CIVIL ACTION NO: 00-0318<br><br>SECTION: "B", MAG. (1) |

### ORDER

Considering the foregoing Exparte Motion to Extend Cutoff,

IT IS ORDERED that the cutoff for exchange of defendant's expert reports, previously set for July 14, 2000, be and the same is hereby extended to August 25, 2000.

New Orleans, Louisiana, this 13th day of July, 2000.

_____
UNITED STATES DISTRICT JUDGE