

MINUTE ENTRY
SHUSHAN, M.J.
AUGUST 30, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CURT DUFRENE, ET AL | CIVIL ACTION |
| VERSUS | NO: 00-0318 |
| CHEVRON, U.S.A., INC. | SECTION: "B"(1) |

    Before the court is the motion of Chevron, Inc. to compel discovery from the plaintiffs, Curt Dufrene and Raymond Jacomine, Jr. This matter is set for hearing on this date, August 30, 2000. At the request of counsel for the defendant and the mover, it is ORDERED that the defendant's motion to compel discovery is continued and reset for Wednesday, September 13, 2000, at 9:00 a.m. at which time it will be taken under submission without oral argument.

                                                                      SALLY SHUSHAN
                                                          United States Magistrate Judge

DATE OF ENTRY
AUG 3 1 2000

Fee_____
Process____
X /Dktd____
__CtRmDep__
Doc.No.__13__