```
                                              FILED
                                        U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                      2000 AUG 31  AM 8:31

                                        LORETTA G. WHYTE
                                             CLERK
```

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**AUGUST 30, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CURT DUFRENE, ET AL. | CIVIL ACTION |
| versus | NUMBER 00-0318 |
| CHEVRON U.S.A. INC. | SECTION "B" (1) |

A settlement conference is scheduled in the above-captioned case on Wednesday, September 20, 2000 at 2:30 P.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

On or before **September 18, 2000,** each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced,** briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
AUG 3 1 2000

```
___ Fee_____
___ Process___
 X  Dktd_____
___ CtRmDep___
    Doc.No._14_
```