

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CURT DUFRENE AND RAYMOND JACOMINE, JR. | CIVIL ACTION NO: 00-0318 |
| VERSUS | SECTION: "B", MAG. (1) |
| CHEVRON U.S.A., INC. | |

## JOINT MOTION TO CONTINUE TRIAL

NOW INTO COURT, through undersigned counsel, come plaintiffs, Curt Dufrene and Raymond Jacomine, Jr., and defendants, Chevron U.S.A., Inc., who move this court to continue the trial of this matter presently scheduled to commence on October 2, 2000, for the reasons set forth in the attached Memorandum in Support of Motion to Continue.

Respectfully submitted,

COSSICH, MARTIN, SUMICH & PARSIOLA, L.L.C.

_____
PHILIP F. COSSICH, JR. (1788)
DARREN D. SUMICH (23321)
8056 Highway 23, Suite 200
Post Office Box 400
Belle Chasse, LA 70037
Telephone: (504) 394-9000
Facsimile: (504) 394-9110
**Counsel for plaintiffs, Curt Dufrene and Raymond Jacomine, Jr.**

DATE OF ENTRY
SEP 1 4 2000

United States District Court, Eastern District of Louisiana
Curt Dufrene and Raymond Jacomine, Jr. v. Chevron, U.S.A., Inc.
No. 00-0318, Section "B", Mag (1)

-and-

ADAMS AND JOHNSTON

_____
BRUCE R. HOEFER, JR. (#6889)
ANNE DERBES KELLER (#20584)
Suite 2490, 601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 581-2606
Facsimile: (504) 525-1488
**Counsel for Chevron U.S.A. Inc.**

CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___ day of _____ 20__, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

## CERTIFICATE OF COMPLIANCE
### [ARTICLE THREE (2)]

Undersigned counsel hereby certify to the Court that they have advised their clients that they have consented to a Joint Motion to Continue Trial of this case and that the clients have been provided with a copy of the Joint Motion to Continue Trial.

COSSICH, MARTIN, SUMICH &
PARSIOLA, L.L.C.

_____
PHILIP F. COSSICH, JR., (#1788)
DARREN D. SUMICH, (#23321)
**Counsel for plaintiffs, Curt Dufrene and Raymond Jacomine, Jr.**

ADAMS AND JOHNSTON

_____
BRUCE R. HOEFER, JR. (#6889)
ANNE DERBES KELLER (#20584)
**Counsel for Chevron U.S.A. Inc.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CURT DUFRENE AND<br>RAYMOND JACOMINE, JR.<br><br>VERSUS<br><br>CHEVRON U.S.A., INC. | CIVIL ACTION NO: 00-0318<br><br>SECTION: "B", MAG. (1) |

## MEMORANDUM IN SUPPORT OF JOINT MOTION TO CONTINUE TRIAL

MAY IT PLEASE THE COURT:

The trial of this matter is presently scheduled to commence on October 2, 2000. Undersigned counsel respectfully represents to this Court that despite diligent efforts, discovery cannot be completed, the parties are not in a position to meet the court ordered deadlines, and will not be in a position to try this case. Undersigned counsel also represent to this Court that additional time is needed to pursue settlement negotiations. Mediation is currently scheduled with Magistrate Shushan for September 20, 2000.

For these reasons, plaintiffs, Curt Dufrene and Raymond Jacomine, Jr., and defendant, Chevron U.S.A., Inc., respectfully request that the trial of this matter be continued and a preliminary conference scheduled to select a new trial date.

United States District Court, Eastern District of Louisiana
Curt Dufrene and Raymond Jacomine, Jr. v. Chevron, U.S.A., Inc.
No. 00-0318, Section "B", Mag (1)

Respectfully submitted,

COSSICH, MARTIN, SUMICH & PARSIOLA, L.L.C.

_____
PHILIP F. COSSICH, JR. (1788)
DARREN D. SUMICH (23321)
8056 Highway 23, Suite 200
Post Office Box 400
Belle Chasse, LA 70037
Telephone: (504) 394-9000
Facsimile: (504) 394-9110
**Counsel for plaintiffs, Curt Dufrene and Raymond Jacomine, Jr.**

-and-

ADAMS AND JOHNSTON

_____
BRUCE R. HOEFER, JR. (6889)
ANNE DERBES KELLER (20584)
Suite 2490, 601 Poydras Street
New Orleans, LA 70130
Telephone: (504) 581-2606
Facsimile: (504) 525-1488
**Counsel for Chevron U.S.A., Inc.**

CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___ day of _____ 20___, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CURT DUFRENE AND<br>RAYMOND JACOMINE, JR.<br><br>VERSUS<br><br>CHEVRON U.S.A., INC. | CIVIL ACTION NO: 00-0318<br><br>SECTION: "B", MAG. (1) |

## ORDER

Considering the foregoing Joint Motion to Continue Trial;

IT IS ORDERED that the trial of this matter scheduled to commence on October 2, 2000, be and is hereby continued, and further, that a preliminary conference be scheduled for the ___day of _____, 2000, for the purposes establishing a new trial schedule.

New Orleans, Louisiana, this 12th day of September, 2000.

Denied

_____
UNITED STATES DISTRICT JUDGE