

MINUTE ENTRY
SHUSHAN, M.J.
SEPTEMBER 14, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CURT DUFRENE, ET AL | CIVIL ACTION |
| VERSUS | NO: 00-0318 |
| CHEVRON, U.S.A., INC. | SECTION: "B"(1) |

### HEARING ON MOTION

APPEARANCES:   Submitted on briefs

MOTION:   MOTION OF DEFENDANT TO COMPEL DISCOVERY

**GRANTED**

Before the court is the motion of the defendant, Chevron, Inc., to compel discovery from the plaintiffs, Curt Dufrene and Raymond Jacomine, Jr. This matter was set for hearing on this date, August 30, 2000. At the request of counsel for the defendant and the mover, it was continued to September 13, 2000, at 9:00 a.m.

Local Rule 7.5 E. of the Eastern District of Louisiana requires that memoranda in opposition

DATE OF ENTRY
SEP 15 2000

to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to defendant's motion to compel discovery, set for hearing on September 13, 2000 at 9:00 a.m. without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

IT IS ORDERED that the motion is GRANTED.[1] Plaintiffs are ordered to respond to Chevron U.S.A., Inc.'s discovery requests fully and in writing, in accordance with Federal Rule of Civil Procedure 33 and 34 within ten (10) days of the entry of this order. All objections to the discovery requests, except on the grounds of attorney-client privilege and work product doctrine, are deemed waived.

SALLY SHUSHAN
United States Magistrate Judge

---

[1] A motion for reconsideration of this order, if any, must be filed within ten (10) days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition been filed, the costs incurred in connection with the motion, including attorneys' fees will be assessed against the party moving for reconsideration. See Fed. R. Civ. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.