

MINUTE ENTRY
LEMELLE, J.
September 14, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CURT DUFRENE, ET AL.                                CIVIL ACTION

VERSUS                                              NO. 00-318

CHEVRON U.S.A., INC.                                SEC. "B"(1)

TRIAL PREPARATION ORDER

On this date, the Court held the final pre-trial conference in this matter with the following counsel in attendance: Darren D. Sumich for the plaintiffs and Anne D. Keller for the defendant. The following items were discussed, determined and **ORDERED**:

(1) All contested issues of law shall be briefed in pre-trial memoranda and submitted with proposed findings of fact and conclusions of law, which shall be filed no later than September 25, 2000. Counsel shall submit an original and one copy of each to Chambers.

(2) Any motion in limine shall be filed no later than September 25, 2000. Any opposition shall be filed no later than September

DATE OF ENTRY
SEP 1 5 2000

26, 2000. Counsel shall submit an original and one copy of each to Chambers.

(3) By September 25, 2000, counsel for all parties are to prepare and submit to the Court two (2) copies of a Joint Bench Book which shall contain:

    (a) An index of all exhibits listing and numbering all exhibits sequentially and noting specific objections thereto. All unobjected to exhibits are to be listed first followed by the objected to exhibits. In a separate document to be submitted to the Court at the same time, the offering party must briefly respond to each objection in 2-3 sentences.

    (b) All exhibits are to be included in the Joint Bench Book and tabbed. Each individual exhibit exceeding 5 pages in length shall be individually paginated.

    (c) Each exhibit book shall be labeled with the name and telephone number of attorneys as well as the case and volume number on the outside.

    (d) All Joint Bench Books shall be picked up by counsel no later than the first Friday after the completion of the trial, unless this matter is taken under advisement.

(4) Any discovery that will be used as an exhibit must be specifically identified; for example, the exact Interrogatory and corresponding Answer. Likewise, other documents such as regulations or portions of files must be specifically identified.

(5)  If any video deposition is to be used at trial, the offering party must submit a copy of the transcript to this Court by September 27, 2000.  Additionally, any video deposition must be edited so as to delete all objections and colloquy of counsel, and there shall be no "dead" video or audio spots in the video deposition.  If the parties cannot amicably resolve all of the objections, the offering party must submit a transcript of the deposition to this Court by September 27, 2000 with the disputed objections highlighted and the Court will promptly rule thereon so that the video deposition can be edited as described prior to trial.  A copy of the "clean" video deposition shall be submitted prior to trial.

(6)  Any transcribed deposition testimony to be used at trial shall be submitted no later than September 27, 2000.  Again, all objections and colloquy shall be deleted and all offered testimony highlighted.  In the absence of agreement on objections, counsel shall submit a copy of the deposition with a brief statement specifying the objection and reason therefore no later than September 27, 2000, and the Court will promptly rule so that a copy of the "clean" deposition can be submitted by the aforesaid deadline.

(7)  Any objections as to the admissibility of a document or the ability of a witness to testify based upon noncompliance with these deadlines shall be raised by written motion filed no later than September 25, 2000, with oppositions due no later than September

27, 2000. Counsel shall submit an original and one copy of each to Chambers.

(8)  Trial shall commence before the District Judge on October 2, 2000 at 9:00 a.m.

(9)  The parties shall continue to pursue amicable resolution of this matter.

                                          IVAN L.R. LEMELLE
                              UNITED STATES DISTRICT JUDGE