```
                FILED
          U.S. DISTRICT COURT
         EASTERN DISTRICT OF LA

          SEP 21 2000    2000 SEP 21  PM 4: 08

                LORETTA G. WHYTE
                     CLERK
```

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**SEPTEMBER 21, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CURT DUFRENE, ET AL.** | **CIVIL ACTION** |
| versus | **NUMBER   00-0318** |
| **CHEVRON U.S.A. INC.** | **SECTION   "B" (1)** |

A settlement conference was held on September 20, 2000.

PRESENT:

Darren D. Sumich and Philip Cossich, Jr., for the plaintiffs;
Anne D. Keller, for Chevron U.S.A., Inc.

Following discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
SEP 22 2000

___Fee
___Process
_X_Dktd
___CtRmDep
Doc.No._____