```
                                    FILED
                               U.S. DISTRICT COURT
                               EASTERN DISTRICT OF LA

                               2000 NOV -2  AM 10: 04

                                  LORETTA G. WHYTE
                                       CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CURT DUFRENE AND RAYMOND JACOMINE, JR. | CIVIL ACTION NO: 00-0318 |
| VERSUS | SECTION: "B", MAG. (1) |
| CHEVRON U.S.A., INC. | |

### JOINT MOTION AND ORDER OF DISMISSAL

NOW INTO COURT, through undersigned counsel come plaintiffs, Curt Dufrene and Raymond Jacomine, Jr., and defendant, Chevron U.S.A., Inc., who, upon suggesting to this Honorable Court that this matter has been fully settled and compromised and that the parties desire to dismiss all claims, with prejudice, with each party to bear respective costs;

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims in the above referenced matter be and are hereby dismissed, with prejudice, and with each party to bear its respective costs.

New Orleans, Louisiana, this 3rd day of November, 2000.

DATE OF ENTRY
NOV 0 6 2000

_____
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X_____
_____Dep_____
Doc.No._21_

Respectfully submitted,

COSSICH, MARTIN, SUMICH & PARSIOLA, L.L.C.

_____
PHILIP F. COSSICH, JR. (1788)
DARREN D. SUMICH (23321)
8056 Highway 23, Suite 200
Post Office Box 400
Belle Chasse, LA 70037
Telephone: (504) 394-9000
Facsimile: (504) 394-9110
**Counsel for plaintiffs, Curt Dufrene and
   Raymond Jacomine, Jr.**

-and-

LAW FIRM OF
ADAMS AND JOHNSTON, PLC

_____
BRUCE R. HOEFER, JR. (#6889)
ANNE DERBES KELLER (#20584)
Suite 2490, 601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 581-2606
Facsimile: (504) 525-1488
**Counsel for Chevron U.S.A. Inc.**